NO. 07-02-0198-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL C



SEPTEMBER 11, 2002



______________________________




ROBERT BRITTON, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;



NO. 2002-438951; HONORABLE CECIL PURYEAR, JUDGE



_______________________________



Before QUINN and REAVIS and JOHNSON, JJ.

 On August 12 and August 27, 2002, appellant Robert Britton corresponded with the
Court indicating that he no longer wishes to prosecute his appeal. In a letter dated
September 5, 2002, appellant's attorney concurred with appellant's notice to dismiss the
appeal.

 Without passing on the merits of the case, appellant's motion for voluntary dismissal
is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed 


the appeal at appellant's personal request, no motion for rehearing will be entertained and
our mandate will issue forthwith. 



 Phil Johnson

 Justice












Do not publish.



 
1. Former Chief Justice Phil Johnson was on the panel that heard oral argument. He
did not participate in the decision. Tex. R. App. P. 41.1(b).